

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marvin Brock, Appellant

No. 06-16-00069-CV        v.

RJT Property & Management, LLC,
Appellee

Appeal from the 95th District Court of Dallas County, Texas (Tr. Ct. No. DC-16-10872-D).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellant, Marvin Brock, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 27, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk